# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Michael W. Kincaid, DDS, Inc. d/b/a Riverside Family Dental Group, individually and on behalf of all others similarly situated, | |
| Plaintiff(s), | Case No. 16 C 796 |
| v. | Judge Sharon Johnson Coleman |
| Synchrony Financial, | |
| Defendant(s). | |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Synchrony Financial
and against plaintiff(s) Michael W. Kincaid, DDS, Inc. d/b/a Riverside Family Dental Group, individually and on behalf of all others similarly situated.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date: 8/11/2016                               Thomas G. Bruton, Clerk of Court

                                              /s/ Robbie Hunt , Deputy Clerk